

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00443-CR

## EX PARTE WILLIAM JOHNSON

### From the 12th District Court
### Walker County, Texas

## MEMORANDUM  OPINION

William Johnson filed a notice of appeal regarding the execution of a search warrant.  By letter dated December 15, 2010, the Clerk of this Court notified Johnson that the appeal was subject to dismissal because there is no right to an interlocutory review of the execution of a search warrant.  The Clerk also warned Johnson that the appeal would be dismissed unless, within 21 days of the date of this letter, a response was filed showing grounds for continuing the appeal.  *See* TEX. R. APP. P. 44.3.  We received a response from Johnson; however, it does not provide grounds for continuing the appeal.

Accordingly, this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed December 22, 2010
Do not publish
[OT06]